

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Glassell Producing Company, Inc., et al., Appellants | Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2012-213). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. |
| No. 06-13-00020-CV    v. | |
| Jared Resources, Ltd., et al., Appellees | |

We withdraw our judgment of November 21, 2013 and substitute the following judgment in its place.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse and render judgment that the following claims should be submitted to arbitration: (1) claims against GPC and Alfred, III, in his official capacity as an officer and director of GPC, relating to the sale to Chesapeake, the creation of the overriding royalty interests, and the creation of or operations of Cabo Blanco and (2) the claims against Cabo Blanco, Lindberg, Demeris, and Alfred, III, individually and in his official capacity as a director of Cabo Blanco, concerning the overcharges or misrepresentations of the costs and expenses associated with the Chesapeake sale, the creation of overriding royalty interests, and/or the creation of Cabo Blanco. The remaining claims are not subject to arbitration and are remanded to the trial court for further proceedings.

We further order that the appellees pay all costs of this appeal.

RENDERED JANUARY 9, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST: Debra K. Autrey, Clerk